# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CICAS IP LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00293-RWS-RSP |
| | § | |
| ETHICON, INC. *et al.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by CICAS IP LLC ("Plaintiff") and Ethicon, Inc., Ethicon US LLC, Ethicon Sarl, Auris Health, Inc., Medical Device Business Services, Inc., and Johnson & Johnson ("Defendants"). (Dkt. No. 34.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 5th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE